[No. 8944–7–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GIOVANNI
PADILLA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00960–1, Arthur E. Piehler, J., entered
June 10, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Swanson and Callow, JJ.

[No. 9286–3–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL
JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01937–2, Horton Smith, J., entered Sep-
tember 3, 1980. *Reversed* and *remanded* by unpublished
opinion per Corbett, J., concurred in by Ringold, A.C.J.,
and Callow, J.

[No. 9176–0–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. VIRGIL
FOSTER, *Appellant.*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00016–7, H. Joseph Coleman, J., entered
July 17, 1980. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by James, C.J., and Swanson, J.

[No. 9031–3–I.   Division One.   December 7, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JON L.
HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79–1–00495–7, John E. Rutter, Jr.,
J., entered May 16, 1980. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Swanson and Durham, JJ.